MAY 18 '26 AM10:39
RCV'D - USDC FLO SC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

---------------------------------------------------------X

ZACHARIAH TOBIAS FLOYD,

Plaintiff,

**Case No. 4:25-cv-06485-SAL-TER**

V.

FEDERAL EXPRESS CORPORATION
AND JOHN DOES 1-5,

Defendants.

---------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 4l(a)(1)(A)(ii)**

The parties to this action hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Zachariah Tobias Floyd and Defendant Federal Express Corporation stipulate to the voluntary dismissal of this action with prejudice.

2. Each party shall bear its own attorney's fees and costs.

3. This stipulation may be filed without further notice with the Clerk of the Court.

4. This stipulation has no effect on any other actions or claims not part of this matter.

**SO STIPULATED.**

Dated: May 14, 2026

**For Plaintiff**

/s/ Zachariah Tobias Floyd
Zachariah Tobias Floyd
603 16th Avenue, Unit A
Conway, SC 29526
843-742-7076
Tobyfloyd0577@gmail.com

**For Defendant Federal Express Corporation**

/s/ Brian C. Bevan
Brian C. Bevan
Senior Attorney, Litigation
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108
412.852.2511
brian.bevan@fedex.com